IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDY FOX,**

   *Plaintiff*,

v.                                             Case No.: 4:23cv441-MW/MAF

**ASST. WARDEN STANFORD,** *et al.*,

   *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. The Magistrate Judge recommends that Plaintiff's motion for injunctive relief be denied because Plaintiff has not met his burden to show he will suffer immediate and irreparable injury. *Id.* at 5. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

    1. The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion.

    2. Plaintiff's motion for injunctive relief, ECF No. 14, is **DENIED**.

3. This case is remanded to the Magistrate Judge for proceedings consistent with this order.

**SO ORDERED on February 20, 2024.**

s/Mark E. Walker           
**Chief United States District Judge**